___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 6 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ROBERT P TAVERNINI,<br><br>Defendant. | Case No. 2:08-mj-0618-LRL-LRL<br><br>ORDER |

This matter is before the Court to clarify the order of restitution previously entered as part of the sentencing in this magistrate judge case (ECF No. 5), a sentence having been imposed on February 4, 2009. Upon further review of this matter, the specific information needed to complete the order of restitution was not made a part of the sentencing order. Specifically, while Defendant has discharged his obligations under his sentence (ECF No. 16), the Clerk of Court has some money previously collected from Defendant as restitution that the Court ordered but that has not yet been paid to the Department of the Interior. The Court finds the collected restitution should be distributed to the Department of the Interior.

It is therefore ordered that the Defendant shall make restitution to the payee listed below:

Name of Payee: DEPARTMENT OF THE INTERIOR

Amount of Restitution: $2,700.00

Total Amount of Restitution ordered: $2,700.00

DATED THIS 6th day of November 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE